# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

REVISED August 5, 2011
July 20, 2011

*Before*

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             *Plaintiff-Appellee,*<br><br>No. 09-3967          v.<br><br>STEPHEN WALTOWER,<br>             *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 08 cr 00186<br><br>David H. Coar,<br>    *Judge.* |

### O R D E R

The opinion issued in the above-entitled case on July 5, 2011, is hereby amended as follows:

On page 9, line 27, "30-month" should be changed to "360-month".